| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Alexander S Blanco** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2232 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Utah** <br> Case number:   **22–20896   KRA** | | Date case filed for chapter **7:   3/17/22** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alexander S Blanco | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 200 2nd St. <br> Ogden, UT 84404 | |
| 4. | **Debtor's attorney** <br> Name and address | Ryan D. Baxter <br> 2036 Lincoln Ave., Ste. 102B <br> Ogden, UT 84401 | Contact phone 801–688–8533 <br> Email: ryan.baxter.law@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Steven R. Bailey tr <br> Steven R. Bailey, Attorney at Law <br> P.O. Box 1828 <br> Layton, UT 84041 | Contact phone 801–389–4055 <br> Email: karen@baileylaw.org |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**
Date Generated: 4/5/22                                                                                        For more information, see page 2 >

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah 350 South Main #301 Salt Lake City, UT 84101  Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday  Contact phone: (801) 524–6687  Website: www.utb.uscourts.gov |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on: **May 4, 2022 at 10:30 AM**  Location: **Dial: (888) 921–8924 Ten Min Before Mtg, Participant Code: 7630463, By Teleconference (See Attached Notice for Instructions)** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 7/5/22 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

# IMPORTANT
# READ THIS WELL BEFORE YOUR MEETING OF CREDITORS

**In an effort to contain the spread of Covid−19, until further notice, all Chapter 7, 11 and 12 meetings of creditors will be conducted by telephone. Debtors, attorneys, creditors, and others CANNOT APPEAR IN PERSON.**

**To participate in the meeting of creditors scheduled in this case, 10 minutes before the scheduled time, call the toll−free number listed in the 341 notice and use the participant code. Do not call any earlier than 10 minutes before your scheduled meeting of creditors.**

- o You must use a touch−tone phone.
- o Dial the call−in number and then enter the participant passcode, which consists of 7 numbers and is followed by a # sign.
- o Use a landline phone and not a cell phone, if possible.
- o Do not use the speaker phone function.
- o Make the call from a quiet area where there is as little background noise as possible.
- o Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- o Unmute your phone when the trustee calls your case so that the trustee can hear you.
- o Wait until the trustee calls your case before speaking because more than one case will be waiting on the conference line at any given time.
- o When speaking, identify yourself.
- o Do not put the phone on hold at any time after the call is connected.
- o If more than one person is attending the meeting of creditors from the same location, each person should use separate touch−tone phones, if possible.
- o Once your meeting of creditors is finished, hang up.
- o If you become disconnected before your meeting of creditors is finished, call back.
- o If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

- Debtors must provide valid government identification (such as a valid Utah Driver's License) and proof of their social security number (such as an original social security card) to their attorney prior to the meeting of creditors and show their identification to their attorney via a video communication system (such as Skype or Facetime, etc.) during the meeting of creditors.
- During the meeting of creditors, Debtors' attorneys will: (i) confirm on the record that they have reviewed the debtor's identification (stating what form of identification was reviewed) and whether the name on the identification matches the name on the petition and whether the picture and identifying information on the identification matches the debtor; and (ii) confirm on the record that they have reviewed proof of the debtor's social security number, what form of proof of social security number was reviewed, and whether the social security number on it matches what was reported to the court in the debtor's bankruptcy case.
- Debtors who cannot communicate with their attorney via a video communication system and debtors who filed without an attorney must copy, scan, or take a picture of their identification and proof of social security number and mail/email/send the copies or images to their trustee no later than two days prior to the meeting of creditors. Copies of identification and social security cards that are sent through the mail must be mailed early enough that the trustee receives it at least two days before the meeting.
- Debtors should have their bankruptcy documents available during the meeting of creditors in the event there are questions about the information in the documents.
- The meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

(UNITED STATES TRUSTEE'S INSTRUCTIONS. 03/20/2020)

United States Bankruptcy Court

District of Utah

In re:  Case No. 22-20896-KRA
Alexander S Blanco  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2  User: admin  Page 1 of 4
Date Rcvd: Apr 05, 2022  Form ID: 309A  Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander S Blanco, 200 2nd St., Ogden, UT 84404 |
| 11996538 | + | Angela Curtessi, 1793 N 300 W, Clearfield, UT 84015-2709 |
| 11996545 | + | CBE Group, 131 Tower Park Dr., PO Box 900, Waterloo, IA 50704-0900 |
| 11996546 | + | CBE Group, 131 Tower Park Dr., Ste. 100, PO Box 900, Waterloo, IA 50704-0900 |
| 11996547 | + | CBE Group, PO Box 4060, Waterloo, IA 50704-4060 |
| 11996543 | + | Carly Espinoza, 3799 W 4900 S, Roy, UT 84067-8614 |
| 11996548 | + | Check City, 1207 Washington Blvd, Ogden, UT 84404-5742 |
| 11996549 | + | City Ambulance, Billing Department, 5051 S 1900 W, Roy, UT 84067-2936 |
| 11996555 | + | Davis Hospital and Medical Center, PO Box 1280, Oaks, PA 19456-1280 |
| 11996556 | + | Dr. Charles T. Ivester, MD, 4403 Harrison Blvd, Ogden, UT 84403-3330 |
| 11996557 | + | Dr. Charles T. Ivester, MD, Billing Office, 4403 Harrison Blvd, Ogden, UT 84403-3271 |
| 11996558 | + | Dr. Christopher K. Anderson, MD, 4403 Harrison Blvd, Ogden, UT 84403-3330 |
| 11996559 | + | EPIC Emergency Physicians Integrated, 5475 S 500 E,, Ogden, UT 84405-6905 |
| 11996561 | + | EPIC--EM Physicians Integrated Care, PO Box 96398, Oklahoma City, OK 73143-6398 |
| 11996560 | + | EPIC--Em Phys Integrated Care, PO Box 73442, Chicago, IL 60673-7442 |
| 11996565 | + | EZ Furniture Sales & Leasing, Billing Department, 678 S State St, Clearfield, UT 84015-1214 |
| 11996566 | + | EZ Rent to Own, 1167 W 12th St #4, Ogden, UT 84404-5408 |
| 11996567 | + | Gabrielle Hernandez, 3328 W 1680 N, Clearfield, UT 84015-7586 |
| 11996568 | + | Gold Cross Ambulance Service st.1, 762 S Redwood Rd, Salt Lake City, UT 84104-3619 |
| 11996569 | + | Gold Cross Services, Inc., 1717 Redwood Rd, Salt Lake City, UT 84104-5110 |
| 11996571 | | IC System, Inc., PO Box 64376, Saint Paul, MN 55164 |
| 11996573 | + | Intermountain Health Care, 4646 Lake Park Blvd., Collections, Salt Lake City, UT 84120-8212 |
| 11996578 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 11996579 | + | Law Offices of Kirk A. Cullimore, LLC, PO Box 65655, Salt Lake City, UT 84165-0655 |
| 11996580 | + | Layton City, Billing Department, 437 N. Wasatch Dr., Layton, UT 84041-3254 |
| 11996589 | | Mountain Medical Physician Specialists, 1480 E. Skyline Dr., Ogden, UT 84405 |
| 11996590 | + | Mountain Medical Physician Specialists, PO Box 29684, Phoenix, AZ 85038-9684 |
| 11996591 | + | Mountain Medical Physician Specialists,, PO Box 30015, Salt Lake City, UT 84130-0015 |
| 11996592 | + | Mountain Star Clinical Laboratories, PO Box 2695, Spokane, WA 99220-2695 |
| 11996599 | + | North Davis Fire District, Billing Department, 381 N 3150 W, Clearfield, UT 84015-8683 |
| 11996598 | + | North Davis Fire District, Billing Office, 381 N 3150 W, Clearfield, UT 84015-8683 |
| 11996601 | + | Ogden Pulmonary Associates, 4403 Harrison Blvd Ste 3815, Ogden, UT 84403-3330 |
| 11996606 | ++ | PACIFICORP, ATTN BANKRUPTCY, PO BOX 25308, SALT LAKE CITY UT 84125-0308 address filed with court:, Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 11996602 | + | Quail Cove Apartments, Billing Department, 2090 N Hill Field Rd, Layton, UT 84041-4718 |
| 11996604 | + | Rocky Mountain Ambulance, Billing Department, 3038 Specialty Cir, Salt Lake City, UT 84115-3479 |
| 11996605 | + | Rocky Mountain Power, 1033 NE 6th Ave., Portland, OR 97232-2017 |
| 11996609 | + | Steward Medical Group of Utah, 417 Bridge St., Danville, VA 24541-1403 |
| 11996610 | + | Tanner Clinic, Billing Office, 2121 N 1700 W, Layton, UT 84041-1185 |
| 11996611 | + | Tanner Clinic, PO Box 337, Layton, UT 84041-0337 |
| 11996615 | + | University of Utah Health Care, Billing Department, 50 N Medical Dr, Salt Lake City, UT 84132-0001 |
| 11996616 | + | University of Utah Heath Care AG Office, PO Box 413064, Salt Lake City, UT 84141-0001 |
| 11996617 | + | University of Utah Hospital, Billing Department, 50 N Medical Dr, Salt Lake City, UT 84132-0001 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11996618 | + | Utah Cardiology, 2132 N 1700 W #200, Layton, UT 84041-7060 | | |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ryan.baxter.law@gmail.com | Apr 05 2022 23:05:00 | Ryan D. Baxter, 2036 Lincoln Ave., Ste. 102B, Ogden, UT 84401 |
| tr | + | EDI: BSRBAILEY1 | Apr 06 2022 03:08:00 | Steven R. Bailey tr, Steven R. Bailey, Attorney at Law, P.O. Box 1828, Layton, UT 84041-6821 |
| 11996541 | + | Email/Text: banko@bonncoll.com | Apr 05 2022 23:06:00 | Bonneville Billing, PO Box 65597, Salt Lake City, UT 84165-0597 |
| 11996540 | + | Email/Text: banko@bonncoll.com | Apr 05 2022 23:06:00 | Bonneville Billing, 1186 E. 4600 S., Ste. 100, Ogden, UT 84403-4896 |
| 11996542 | + | Email/Text: banko@bonncoll.com | Apr 05 2022 23:06:00 | Bonneville Collections, PO Box 150621, Ogden, UT 84415-0621 |
| 11996544 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 05 2022 23:06:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 11996550 | | Email/Text: BKY@creditorsbureau.com | Apr 05 2022 23:05:00 | Creditors Bureau, 757 L St., Fresno, CA 93721 |
| 11996551 | | Email/Text: BKY@creditorsbureau.com | Apr 05 2022 23:05:00 | Creditors Bureau USA, c/o Fresno Credit Bureau, PO Box 942, Fresno, CA 93721 |
| 11996562 | + | Email/Text: bankruptcy@expressrecovery.com | Apr 05 2022 23:06:00 | Express Recovery Inc, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 11996563 | + | Email/Text: bankruptcy@expressrecovery.com | Apr 05 2022 23:06:00 | Express Recovery Inc., 2790 Decker Lane Dr., Salt Lake City, UT 84119-2057 |
| 11996564 | + | Email/Text: bankruptcy@expressrecovery.com | Apr 05 2022 23:06:00 | Express Recovery Services, 3782 W. 2340 S., Ste. B, Salt Lake City, UT 84120-7295 |
| 11996570 | + | EDI: IIC9.COM | Apr 06 2022 03:08:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 11996572 | + | EDI: IIC9.COM | Apr 06 2022 03:08:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 11996576 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Apr 05 2022 23:05:00 | Intermountain Health Care, PO Box 27808, Salt Lake City, UT 84127-0808 |
| 11996574 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Apr 05 2022 23:05:00 | Intermountain Health Care, Patient Financial Services, PO Box 410400, Salt Lake City, UT 84141-0001 |
| 11996575 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Apr 05 2022 23:05:00 | Intermountain Health Care, Attn: Bankruptcy, PO Box 30191, Salt Lake City, UT 84130-0191 |
| 11996577 | + | EDI: IRS.COM | Apr 06 2022 03:08:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 11996581 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 05 2022 23:05:00 | Medical Data Systems, dba Medical Revenue Service, 1374 S Babcock St., Melbourne, FL 32901-3009 |
| 11996582 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 05 2022 23:05:00 | Medical Data Systems, 755 W Nasa Blvd, Melbourne, FL 32901-1815 |
| 11996583 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 05 2022 23:05:00 | Medical Data Systems, Inc., 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 11996585 | + | Email/Text: wendy@mountainlandcollections.com | Apr 05 2022 23:06:00 | Mountain Land Collection, PO Box 1280, 483 W 50 N, American Fork, UT 84003-2265 |
| 11996586 | + | Email/Text: wendy@mountainlandcollections.com | Apr 05 2022 23:06:00 | Mountain Land Collections, Quinn M Kofford, PO |

Case 22-20896    Doc 10    Filed 04/07/22    Entered 04/07/22 22:21:35    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 1088-2 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 05, 2022 | Form ID: 309A | Total Noticed: 92 |

| | | | |
| --- | --- | --- | --- |
| | | | Box 1425, American Fork, UT 84003-6425 |
| 11996587 | + Email/Text: wendy@mountainlandcollections.com | Apr 05 2022 23:06:00 | Mountain Land Collections, PO Box 1259, Dept #23950, Oaks, PA 19456-1259 |
| 11996588 | + Email/Text: wendy@mountainlandcollections.com | Apr 05 2022 23:06:00 | Mountain Land Collections, Inc., PO Box 1280, American Fork, UT 84003-6280 |
| 11996593 | Email/Text: bkclerk@north-american-recovery.com | Apr 05 2022 23:06:00 | NAR, 5225 N. Wiley Post Way, Salt Lake City, UT 84116 |
| 11996594 | + Email/Text: bkclerk@north-american-recovery.com | Apr 05 2022 23:06:00 | NAR Inc., 1600 W. 2200 S., Ste. 410, Salt Lake City, UT 84119-7240 |
| 11996595 | + Email/Text: bkclerk@north-american-recovery.com | Apr 05 2022 23:06:00 | NAR, Inc., PO Box 271014, Salt Lake City, UT 84127-1014 |
| 11996597 | + Email/Text: bkclerk@north-american-recovery.com | Apr 05 2022 23:06:00 | North American Recovery, PO Box 271014, Salt Lake City, UT 84127-1014 |
| 11996596 | + Email/Text: bkclerk@north-american-recovery.com | Apr 05 2022 23:06:00 | North American Recovery, 1600 W. 2200 S., Ste. 410, Salt Lake City, UT 84119-7240 |
| 11996600 | + Email/Text: orsbankruptcy@utah.gov | Apr 05 2022 23:06:00 | Office of Recovery Services, PO Box 45011, Salt Lake City, UT 84145-0011 |
| 11996552 | Email/Text: smgutahbankruptcycourt@steward.org | Apr 05 2022 23:05:00 | Davis Hospital and Medical Center, Billing Office, 1600 W Antelope Dr, Layton, UT 84041 |
| 11996553 | Email/Text: smgutahbankruptcycourt@steward.org | Apr 05 2022 23:05:00 | Davis Hospital and Medical Center, PO Box 27012, Salt Lake City, UT 84127 |
| 11996554 | Email/Text: smgutahbankruptcycourt@steward.org | Apr 05 2022 23:05:00 | Davis Hospital and Medical Center, PO Box 277273, Atlanta, GA 30384 |
| 11996608 | Email/Text: smgutahbankruptcycourt@steward.org | Apr 05 2022 23:05:00 | Steward Health Care, Billing Office, 406 W South Jordan Pkwy Ste 300, South Jordan, UT 84095 |
| 11996603 | + Email/Text: bankruptcy@rentacenter.com | Apr 05 2022 23:06:00 | Rent-A-Center, Inc., Billing Department, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 11996607 | + Email/Text: bankruptcynotifications@pacificorp.com | Apr 05 2022 23:06:00 | Rocky Mountain Power, PO Box 25308, Salt Lake City, UT 84125-0308 |
| 11996614 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 05 2022 23:06:00 | Toyota Motor Credit Corp., 5005 N. River Blvd., NE, Cedar Rapids, IA 52411 |
| 11996612 | + EDI: RECOVERYCORP.COM | Apr 06 2022 03:08:00 | Tosh, Inc. dba Check City, c/o Recovery Management Systems Corp, 25 S.E. 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 11996613 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 05 2022 23:06:00 | Toyota Financial Services, Cdr Team, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 11996619 | + EDI: UTAHTAXCOMM.COM | Apr 06 2022 03:08:00 | Utah State Tax Commission, Attn. Bankruptcy Unit, 210 N. 1950 W., Salt Lake City, UT 84134-9000 |
| 11996622 | + EDI: VERIZONCOMB.COM | Apr 06 2022 03:08:00 | Verizon Wireless, PO Box 4004, Acworth, GA 30101-9005 |
| 11996620 | + EDI: VERIZONCOMB.COM | Apr 06 2022 03:08:00 | Verizon Wireless, Attn: Correspondence Team, PO Box 5029, Wallingford, CT 06492-7529 |
| 11996621 | + EDI: VERIZONCOMB.COM | Apr 06 2022 03:08:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 11996623 | + EDI: VERIZONCOMB.COM | Apr 06 2022 03:08:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Dr., Ste. 550, Saint Charles, MO 63304-2225 |
| 11996624 | + EDI: VERIZONCOMB.COM | Apr 06 2022 03:08:00 | Verizon Wireless Bankruptcy Admin., PO Box 3397, Bloomington, IL 61702-3397 |
| 11996625 | + EDI: BLUESTEM | Apr 06 2022 03:08:00 | Webbank, 6250 Ridgewood ROA, Saint Cloud, |

| District/off: 1088-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 309A | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| 11996626 | + | EDI: BLUESTEM | Apr 06 2022 03:08:00 | Webbank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 MN 56303-0820 |
| 11996628 | + | Email/Text: RMOpsSupport@alorica.com | Apr 05 2022 23:06:00 | West Asset Management, 7171 Mercy Rd., Omaha, NE 68106-2620 |
| 11996627 | + | Email/Text: RMOpsSupport@alorica.com | Apr 05 2022 23:06:00 | West Asset Management, 2703 N. Hwy 75, Sherman, TX 75090-2567 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11996584 | *+ | Medical Data Systems, Inc., 755 W NASA Blvd., Melbourne, FL 32901-1815 |
| 11996539 | ##+ | APG Financial, 3803 S. Redwood Rd., Salt Lake City, UT 84119-4707 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 07, 2022 | Signature: /s/Joseph Speetjens |
|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ryan D. Baxter | on behalf of Debtor Alexander S Blanco ryan.baxter.law@gmail.com |
| Steven R. Bailey tr | karen@baileylaw.org UT06@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3